# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SUNZ INSURANCE SOLUTIONS, LLC,   Case No.: 8:23-cv-02517

    Plaintiff,

v.

DOCKS SUTHERLAND et al.,

    Defendants.

### DEFENDANT ALTSCHULER'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO SERVE INITIAL DISCLOSURES

Defendant, Sheldon Altschuler, moves this Court to extend the time to file a response to the Complaint and to furnish initial disclosures and states:

1. Pursuant to the Uniform Case Management Report, Doc. 42 dated April 16, 2025, Defendants must respond to the Complaint and furnish initial disclosures by April 28, 2025.

2. Defendant and his undersigned counsel need additional time to complete and file the response to the Complaint and to furnish initial disclosures.

3. Defendant seeks a four (4) day extension until Friday, May 2, 2025 to file the response to the Complaint and to furnish initial disclosures.

4. This motion is made prior to the expiration of the existing deadline.

5. This motion is not made for the purposes of delay.

6. On April 28, 2025, the undersigned counsel correspondence by email with counsel for the Plaintiff, who stated that Plaintiff does not object to the requested extension of time.

## MEMORANDUM OF LAW

Under Rule 6(b)(1)(A), Federal Rules of Civil Procedure, the court may, for good cause, extend the time to perform any act that must be done within a specified time if a request is made before the original time expires. Here, Defendant has made the request before the expiration of time and has good cause.

Plaintiff, through its counsel have stated they have no objection to the requested extension.

WHEREFORE, for the foregoing reasons, Defendant, Sheldon Altschuler respectfully requests that this Court enter an order extending the time to file a response to Plaintiff's Complaint and furnish initial disclosures to Friday, May 2, 2025.

## CERTIFICATE OF CONFERENCE PURSUANT TO RULE 3.01(g)

On April 28, 2025, the undersigned counsel corresponded by email with counsel for Plaintiff, who stated that Plaintiff has no objection to the requested extension of time.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of April, 2025, the foregoing Motion for Extension of Time has been provided by __ U.S. Mail, postage prepaid; ___ Facsimile;  X  CM/ECF and/or ___ Hand Delivery to:  All parties receiving CM/ECF Notices.

/s/ Heather A. DeGrave
Heather A. DeGrave, Esquire
Florida Bar No. 0756601
Walters Levine & DeGrave
601 Bayshore Boulevard, Suite 720
Tampa, Florida  33606
Phone:  (813) 254-7474
Fax:  (813) 254-7341
hdegrave@walterslevine.com
jduncan@walterslevine.com