# EXHIBIT 1



# QUOTATION AGREEMENT

**Large Deductible Workers' Compensation Insurance Program**

**Effective Date:**            January 1, 2023

**Program Owner Entities:**   Embraceor, LLC; WorkCentric, LLC; WorkCentric 2, LLC; and WorkCentric 3, LLC

**Program Owner Address:**    1900 Reston Metro Plaza, Suite 600, Reston, VA 20190

# <u>NOTICE</u>

➢ Premium may be subject to change based on any pending rate, experience modification and/or state surcharge changes.

➢ This quote agreement supersedes and replaces any previously issued quote proposal offering similar coverages, limits and deductibles.

➢ The terms and conditions set forth herein are valid for thirty (30) days from the date of the proposal or until accepted, whichever is earlier. Coverage may not be bound retroactively.

➢ This is intended as a total offering and must be accepted or rejected in its entirety. Please contact the underwriter in the event that only a portion of the quoted coverages are desired.

➢ Prior to the effective date of coverage, SUNZ must be advised of any change in the information provided by or required to be provided by the applicant, or any change in the exposure basis, hazard or risk contemplated by this proposal since the original submission date.

➢ SUNZ reserves the right to modify or withdraw this Quotation Agreement prior to acceptance based on any newly obtained information. If information SUNZ obtains during the policy term differs from what was originally presented SUNZ also reserves the right to modify premium and terms or rescind coverage as permitted by law.

➢ All terms, conditions and other requirements set forth herein must be included in any quote presentation to the proposed insured.

# PROGRAM SUMMARY & TERMS

| | |
|---|---|
| **Insurance Company** | SUNZ Insurance Company (SUNZ) |
| **Program Type** | $500,000 Per Accident Deductible |
| **State(s) Covered at Bind** | All states as approved by underwriting |
| **Contingency** | Signed Quotation, Signed Loss Fund Management Agreement, Signed Notice of Dispute Resolution and Client Acknowledgement, Funds Due at Bind, and Acceptable Background Check |
| **Aggregate Limit** | N/A |
| **Coverage** | Workers' Compensation |
| **Limits of Coverage** | Workers' Compensation – Statutory Employers Limits |

| | | |
|---|---|---|
| | Bodily Injury by Accident | $1,000,000 Each Accident |
| | Bodily Injury by Disease | $1,000,000 Policy Limit |
| | Bodily Injury by Disease | $1,000,000 Each Employee |
| **Waiver of Subrogation** | Varies by State | |
| **Alternate Employer Endorsement** | No Charge | |

| | |
|---|---|
| **Deductible – per accident** | **$500,000** |
| Estimated Payroll | $311,318,790 |
| Estimated Manual Premium | $8,833,365 |
| Submit Rate as a Percent of Manual Premium | 30.50% of Manual Premium |
| Estimated Annual Deductible Premium | $2,694,176 |
| Estimated Annual Taxes / Surcharges / Assessments | $203,178 |
| Loss Fund | 66.00% of Manual Premium |
| *Estimated Payroll – WI | $4,653,249 |
| *Estimated Premium – WI | $387,660 |
| *Estimated Earned Premium – WI | $610,507 |
| **Due at Binding** | **$0** |
| **Estimated Post Bind Funding** | |
| Est. Weekly Premium Installments as a % of Manual Premium | 30.50% of Manual Premium |
| Est. Weekly Loss Fund Installments as a % of Manual Premium | 66.00% of Manual Premium |
| **Est. Total Weekly Funding (as a % of Manual Premium)** | 96.50% of Manual Premium |
| **Deductible Reimbursement Payments:   Will be deducted from Loss Fund** | |

# COST CONTAINMENT EXPENSES

**Bill Review and Repricing**:

Medical and pharmacological bill review and repricing services will be charged at a flat rate of 22% of the total savings realized from provider's billed charges to final payment.

**External Field and Telephonic Case Management**:

In the claims administration process, NLA adjusters may determine it is necessary for telephonic or field nurse case management assistance. The charges for such services are as follow:

- TX, MT, AZ, OK, IN                          $125.00 per hour
- CA                                          $135.00 per hour
- All Other States                            $115.00 per hour
- Catastrophic Case Management                $135.00 per hour
- Mileage                                     Additional at prevailing IRS Rate
- Other Expenses                              at cost

**SIU Services– Engagement Protocol**

- The adjuster will engage special investigation services to a claim where the adjuster believes such services are necessary, as set forth below:

| DIGITAL INTELLIGENCE UNIT | |
|---|---|
| SERVICE | RATE |
| Asset Check | $250 |
| Canvass | 30+ Facilities = $300 20-29 Facilities = $225 10-19 Facilities = $150 |
| Background Investigation | $250 |
| SIU Snapshot | $50 |
| Digital Intel Gathering (DIG) | $250 |
| Digital Intel Gathering Monitoring (DIGM) | $100/Update |
| Litigation History Investigation | $250 |
| Video (Each Additional Hard Copy) | $15 |

| FIELD INVESTIGATIONS UNIT | |
|---|---|
| SERVICE | RATE |
| Surveillance | $700 |
| Testimony/Court Appearance | $625 |
| Wellness Visit | $250 |

| FRAUD/COMPLIANCE UNIT | |
|---|---|
| SERVICE | RATE |
| Viability Analysis/Review | $800 |
| Anti-Fraud Plan Filing | $250/State |
| Anti-Fraud Referral | $200 |
| Regulatory Fraud Reporting | $400 |
| Anti-Fraud Compliance Training (One Hour) | $50/person |
| Anti-Fraud Compliance Training (Two Hour) | $75/person |

| HOURLY SERVICES | |
|---|---|
| SERVICE | RATE |
| Contestable Death Claim Investigation (CDCI), Due Diligence, Locate Investigation, Recorded Statement, Record Retrieval, Clinic Investigation and all other relatable services. | $87.50/hr |

**All Other Allocated Loss Adjustment Expenses or Ancillary Services**:

- Billed at actual cost as negotiated with the vendors
- Subrogation recovery billed at thirty-three percent (33%) of the gross amount recovered

# TERMS & CONDITIONS

Sunz Insurance Solutions, LLC ("Sunz") has been appointed the Managing General Agent ("MGA") by SUNZ Insurance Company ("SUNZ"). As MGA, Sunz will cause SUNZ to issue Workers' Compensation insurance policies (the "policies" or "Insurance Policy(ies)") on requests You submit and that Sunz approves consistent with the terms and conditions of the agreements entered into and endorsements to the policy(ies) which collectively is deemed to constitute Your Insurance Program.

Program Owner, also referred to herein as You, is defined as the collective entities listed as Program Owner Entities on the cover page of this Agreement.[1]

This Agreement is based solely on information and data You provided to Sunz. You should inform Sunz promptly of any deficiencies or incorrect information identified in Your insurance Program so an effort can be made to address them. You shall be responsible, and You agree Sunz will not be responsible, for consequences arising from the submission of deficient or incorrect information to SUNZ.

If any term or condition in this Agreement contradicts or is inconsistent with a stated term or listed condition in an insurance policy, the term or condition of the insurance policy will prevail.

Your premium and loss fund obligations under this Agreement are rated and priced in accordance with the terms of the Large Deductible filings of Your insuring company. Loss Fund is a mandatory part of this insurance program. Failure to pay Loss Fund as required shall be considered a material misrepresentation that may result in cancellation of your insurance policies. If permitted by law, such non-payment of Loss Fund or deductible reimbursement shall be treated in the same manner as non-payment of premium.

Premium is subject to each state's minimum premium charges that apply to each policy(ies) issued pursuant to this Agreement and, in order to conform with the regulatory obligations of each state, may in some instances reflect pricing different from that set forth above. The final audit will include regulatory balance to minimum charges for any policy issued that invokes minimum premium.

If there is any further or additional information relevant to the matters contained in this agreement, please make sure to provide those to Sunz so this Agreement reflects accurately all relevant information.

1. **UNDERWRITING & SUBMISSIONS. TAXES & SURCHARGES. MONOPOLISTIC STATES**

   a. <u>Underwriting & Submissions</u>: Each policy submission request or client addition through endorsement to the policy(ies) (hereafter referred to as "submission") will be underwritten individually and Sunz retains the exclusive right and sole authority to accept or reject each submission. Upon acceptance of a submission, an insurance policy or endorsement thereto will be issued to the requested policyholder as needed. This is an important part of Your Insurance Program.

   b. <u>Provision of Proof of Insurance</u>: You may be required to provide evidence of insurance to interested persons, boards, bureaus, lessors or other organizations. Sunz will provide You with such evidence of insurance. With respect to the issuance by Sunz of such proof of insurance, You agree to indemnify and hold Sunz harmless against any and all claims, settlements, lawsuits, payments, penalties, administrative proceedings, judgments, damages, interest charges, costs or expenses, including attorneys' fees, resulting from or arising out of or in connection with our issuance of the evidence of the Insurance Program to the extent not caused by Sunz's negligence.

---

[1] Included as a "Program Owner" shall be any subsequent entity endorsed as an additional named insured to any insurance policy(ies) where such subsequent entity, under NCCI's experience rating plan or the experience rating plan of the applicable rating bureau, may be deemed combinable with the listed Program Owners set forth herein.

c. <u>Taxes, Assessments, and Surcharges</u>:  As required in the insurance policy, Sunz may collect from You certain premium taxes, special taxes, governmental surcharges, assessments and other surcharges in addition to the premium for the policies issued.  Your ultimate payment obligation for such taxes and surcharges may change to reflect actual changes in the exposure base, changes in the definition of the surcharge or assessment basis or changes in rate used to calculate such charges.  You agree to pay the full amount of such charges.  These charges are NOT INCLUDED in the funding rate set forth above.

d. <u>Monopolistic States</u>:  You agree to obtain workers' compensation insurance coverage through the proper monopolistic states' workers' compensation agencies for any employees with operations or activities in such monopolistic states.  You agree to provide Sunz with evidence of such monopolistic state workers' compensation insurance coverage.

e. <u>Premium and Loss Fund Payments</u>.

   i. If you are submitting payroll on a weekly basis, You agree to submit the previous week's payroll no later than <u>Wednesday</u> following the payroll week.

   ii. If you are submitting payroll on a weekly basis, weekly invoices are issued and distributed to the insured <u>Tuesday</u> following the prior week's payroll submission.  The invoices are a "bill all" invoice, unless rejected payroll codes were submitted or payroll cannot be associated to a policy.  Support for the invoice contains all detail regarding amount billed and amount rejected, if any.  The invoice amount reconciles to the weekly payroll processed.

   iii. If you are submitting payroll on a weekly basis, payment of invoiced premium and loss fund generated from prior week payroll is due the following <u>Friday</u>.  Failure to make timely payments will result in the issuance of a "Notice of Cancellation."

   iv. Payment of premium audit invoices is due no later than <u>30 days from the date issued</u>.  Failure to make timely payments will result in the issuance of a "Notice of Cancellation."

   v. The Loss Fund Management Agreement contains the terms and conditions for the calculation and payment of Loss Fund.  Weekly loss fund rates are established at the beginning of the policy by this Quotation Agreement.  As set forth in Section B(2)(a) of the Loss Fund Management Agreement, if You experience greater than anticipated losses, the loss funding rate may be adjusted to maintain the Loss Fund at agreed-upon levels.  As a general rule, a loss fund funding rate increase is mandatory if (a) there is a significant change in the collateral position or (b) after three consecutive months below the minimum required.  Sunz monitors loss fund daily and provides monthly loss fund and stewardship reports.

   vi. The Loss Fund Management Agreement states that (a) additional funds may be required and/or a loss funding rate increase may be required if the collateral requirements are not maintained, and (b) Sunz may transfer funds between policies, premium and collateral at any time to satisfy an outstanding obligation.

2. **CONFIDENTIALITY**

   a. The parties acknowledge each party has and will become familiar with certain aspects of the business of the other party including, but not limited to, this Agreement, the terms and conditions of this Agreement, certain forms, documents, contracts and the method that services provided to each party's customers. These constitute trade secrets and confidential information, regardless of whether marked or designated "confidential" (collectively referred to herein as "Confidential Information").

   b. Each party agrees it will use the Confidential Information disclosed to it only for its own internal uses and in connection with the performance of its duties and obligations under this Agreement.  Each party agrees its officers, directors, employees and agents shall hold such Confidential Information in the strictest confidence and shall not voluntarily sell, transfer, publish, disclose, display or otherwise make available

to any third party any portion of such Confidential Information, except as may be necessary by reason of legal, accounting, regulatory or administrative requirements.

c.   The parties agree that neither shall, during or after the term of this Agreement, disclose in any fashion, form, or manner, either directly or indirectly, any Confidential Information to any person or firm, entity, association or other entity for any reason or purpose whatsoever, unless specifically consented to in writing by the other party.  The parties will further make every effort to ensure the confidentiality of such information.

d.   Confidential or proprietary material shall not include any material or information that: (i) is at the time of disclosure, or thereafter becomes, through a source other than You or any of Your representatives, publicly known; or, (ii) is subsequently learned from a third party that does not impose an obligation of confidentiality on the recipient of such material; or (iii) was known to the recipient of such material at the time of disclosure; or (iv) can be demonstrated through competent written evidence to have been developed independently by the recipient of such material.

**3.   CLAIM REPORTING OBLIGATIONS**

a.   You agree to report all workplace accidents and injuries to Sunz within forty-eight (48) hours of when You knew, or in the normal course of business should have known, of the occurrence of such accident or injury.

b.   You agree to cooperate with Sunz or as directed by Sunz in conducting any investigation related to the accident, including drug testing to the extent permissible by federal or state law, and any other post-accident review, that may be conducted prior to treatment unless injury is deemed to be life-threatening unless otherwise prohibited by state or federal law.

c.   To the extent possible and using commercially reasonable efforts, You and Us agree to use our best efforts to protect and retain equipment or material necessary to pursue any potential subrogation opportunity.

**4.   ELECTRONIC DELIVERY OF INSURANCE POLICY DOCUMENTS.  This is a voluntary option for you to receive insurance policy documents electronically.  You may opt out of this at your discretion and at any time.  If you choose not to opt out, you hereby authorize Sunz to send You, by email, all insurance policy(ies), attachments thereto and all other documents relating to Your Insurance Program including, but not limited to, premium audit information, premium audit invoices, claims information, and similar matters.  This applies to any and all policies You currently maintain with Sunz, prior policies, and all related policy documents.  Sunz will send all policy and policy-related documents to an email address specified by You. You understand and agree Your consent shall remain in effect until withdrawn by You in writing.**

a.   To "opt out" from receiving electronic delivery of insurance policy documents, or to report a change or correction in Your email address, please email the following address and set forth your request to "opt out" or otherwise provide corrective information: PolicyServicesDepartment@sunzinsurance.com.

b.   To confirm your request to receive the electronic delivery of insurance policy documents, please sign below:

Sign:_____

**5.   PRODUCTION OF REQUESTED FINANCIAL MATERIALS**

It may become necessary for Sunz to review Financial Materials (defined below) relevant to Your company and Your Insurance Program.  In the event such materials are requested, You agree to produce such Financial Materials, as of and for any period as required, without limitation or restriction, and promise that such Financial Materials contain truthful and accurate information.  Where Sunz receives such Financial Materials from You it will maintain such materials as confidential and shall only use such materials for purposes related solely and exclusively to the matters contained in this Agreement.  Sunz is entitled and authorized to disclose

Financial Materials to those employees, officers, agents, and advisers necessary to discharge their rights, duties, and obligations as set forth in this Agreement. Moreover, Sunz may need to disclose Financial Materials if, upon the advice of counsel, such disclosure must be made in order to comply with applicable law, regulation or judicial process. The obligations of non-disclosure set forth herein shall not apply to:

a. Financial Materials that at the time of disclosure are in the public domain;

b. Financial Materials which after production become generally available to the public by publication or otherwise through no fault of the recipient or any of its representatives;

c. Financial Materials that Sunz can demonstrate were already in the possession of Sunz or any representative and were not acquired by Sunz or any such representative, as the case may be, directly or indirectly from the disclosing party; and

d. Financial Materials the recipient can demonstrate through competent written evidence were developed independently without use of or reliance on the disclosed Financial Materials.

"Financial Materials" shall include, though not be limited to, Balance Sheet; Income Statements; Statement of Cash Flows; Auditors Opinion (if any); Notes to Financial Statements; Tax Returns; and Copies of applications and supporting materials filed to obtain licensure for Professional Employer Organization ("PEO") status. You agree to submit the following if requested:

• Copies of all quarterly and annual financial statements, whether audited or unaudited, within sixty (60) days of period close; and

• Written disclosure of all outstanding and unpaid tax obligations (either State or Federal) including notice of any and all tax liens (either State or Federal) that are filed against You, Your affiliates, subsidiaries, related entities, or general partners.

## 6. FRAUD STATEMENT:

Certain states request Sunz provide You with a statement of fraud. Please read the statement applicable to the state of Your address on Your insurance policy. If that state is not listed, please read the statement applicable to All Other States.

<u>Arkansas & West Virginia</u>:  Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

<u>California</u>: For your protection, California law requires the following to appear in this form. Any person who knowingly presents false or fraudulent information to obtain or amend insurance coverage or to make a claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

<u>Colorado</u>:  It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies.

<u>District of Columbia</u>: WARNING: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

Florida:  Any person who knowingly or with intent to injure, defraud or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

Louisiana:  Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit is guilty of a crime and may be subject to fines and confinement in prison.

Maine and Virginia:  It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company.  Penalties may include imprisonment, fines and denial of insurance benefits.

Maryland:  Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

Massachusetts:  Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and may subject the person to criminal and civil penalties.

Minnesota:  A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.  Any person who, with intent to defraud, receives workers' compensation benefits to which the person is not entitled by knowingly misrepresenting, misstating, or failing to disclose any material fact is guilty of theft and shall be sentenced pursuant to section 609.52, subdivision 3.

New Mexico:  ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO CIVIL FINES AND CRIMINAL PENALTIES.

New York:  Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

Ohio:  Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

Oklahoma:  WARNING.  Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete, or misleading information is guilty of a felony.

Oregon:  Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act

Pennsylvania:  Any person who, knowingly and with intent to defraud any insurance company or other person, files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

Utah:  Any person who knowingly presents false or fraudulent underwriting information, files or causes to be filed a false or fraudulent claim for disability compensation or medical benefits, or submits a false or fraudulent report or billing for health care fees or other professional services is guilty of a crime and may be subject to fines and confinement in state prison.

<u>Vermont</u>: Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

<u>Washington</u>: It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines, and denial of insurance benefits.

<u>All Other States</u>: Any person who knowingly and with intent to defraud any insurance company or another person files an application for insurance containing any materially false information, or conceals for the purpose of misleading information concerning any act material thereto, commits a fraudulent insurance act, which is a crime and subjects the person to criminal and civil penalties.

**7. DISPUTE RESOLUTION**.

a. This Agreement shall be governed solely by, and interpreted and construed exclusively in accordance with, the laws of the State of Florida without regard to the choice of law provisions thereof, and including, but not limited to, applicable statutes of limitation except as otherwise provided in this agreement. The prevailing Party in any proceeding arising out of or concerning this Agreement shall be entitled to reimbursement by the other Party of its reasonable costs and expenses, including, without limitation, court costs, attorney's fees, paralegal fees, expert witness fees, and other legal expenses incurred in connection with any such matter, whether in an arbitration, trial court, or appellate proceeding.

1. In the event of any controversy or claim arising out of or relating in any way to this Agreement or the breach or alleged breach hereof, each party irrevocably agrees to submit the matter to mediation, which mediation shall be a condition precedent to any demand for arbitration. Each party shall bear its own costs and expenses for mediation. The costs of the mediator shall be borne equally by each party. The parties shall confer and agree upon a mutual mediator.

2. In the event mediation does not resolve the matter, the parties shall submit the dispute to binding arbitration. The arbitration shall be administered and conducted by a single arbitrator selected by agreement between the parties. The party seeking arbitration shall submit a written demand for arbitration to the other party. If the parties cannot select an arbitrator within three (3) weeks of delivery of the written demand for arbitration, the party seeking arbitration shall request that the American Arbitration Association (AAA) identify a panel of arbitrators and oversee the selection process for the arbitrator, who must be an attorney with experience in the insurance field.

3. Any arbitration proceeding shall be initiated by the complaining party serving a written demand for arbitration upon the other party. The written demand shall contain a detailed statement of the matter and facts supporting the demand and include copies of all related documents. Arbitration shall be held in Bradenton, Florida.

4. The arbitration shall be conducted pursuant to the then-current AAA arbitration rules and shall be administered by the AAA. The arbitrator shall be required to apply the substantive law of the State of Florida. The arbitrator shall issue an award containing findings of fact and conclusions of law. The arbitrator shall have no authority to make an award which could not have been made by a court applying the substantive law of the State of Florida.

5. Any arbitration award shall be binding, not subject to appeal, and may be reduced to judgment in any Court having jurisdiction over the judgment debtor.

6. Any claim made related to this Agreement must be submitted on an individual basis only and the parties hereby waive the right to bring or join any type of collective or class claim in arbitration, in any court, or in any other forum. Sunz reserves all rights to seek to fully enforce this waiver and compel arbitration on an individual basis. Consolidation of claims absent consent of all the parties to the dispute is also prohibited. Any claims must be filed within the statute of limitations applicable to filing

such claim in court or in an administrative proceeding.  All remedies available through a court or administrative action are available through arbitration.

b.  You shall notify Sunz of any dispute regarding any amount payable under this Agreement and/or the settlement, adjustment, defense, or payment of any workers' compensation claim ("Claim Handling"), or any component thereof, represented by such billed amount through a written "Dispute Notice," which must be provided to Sunz within one hundred and eighty (180) calendar days after any payment is due.  You agree that the failure to submit a written Dispute Notice timely to Sunz constitutes a waiver of any and all rights You may have had to bring any such dispute in any proceeding or forum.  Said waiver shall include the waiver of any potential causes of action sounding in tort or contract for the alleged negligence, act(s), or omission(s) of Sunz or its affiliates.

If You dispute a Claim Handling billing in a Dispute Notice:

1.  You shall provide Sunz with a brief statement of the dispute within thirty (30) days after submitting the Dispute Notice to Sunz;

2.  You and SUNZ, each represented by individuals with decision-making authority, will promptly meet to attempt in good faith to negotiate a resolution;

3.  The negotiation required by Paragraph 7(b)(2) is a condition precedent to any further consideration of Your Dispute Notice. If You and SUNZ are unable to negotiate a resolution as provided by Paragraph 7(b)(2), the parties shall submit the dispute to mediation as provided by Paragraph 7(a)(1), followed if necessary by arbitration Paragraph 7(a)(2) through (6).

4.  If You seek to stop making any payment related to any disputed amount, You agree to either post a bond or establish for Sunz's benefit some other collateral reasonably acceptable to Sunz in an amount equal to the amount of disputed payment.

c.  Confirmation of Arbitration and Confirmation of Choice of Law

1.  The Parties have negotiated and agreed that Your Insurance Program is deemed made in the State of Florida and involves interstate commerce.  The choice of arbitration law negotiated pursuant to California Insurance Code section 11658.5 is the laws of the State of Florida.

2.  Any arbitration shall take place in Florida unless the Parties mutually agree in writing to an alternative site.  The choice of arbitration venue negotiated pursuant to California Insurance Code section 11658.5 is Bradenton, Florida.

3.  Program Owner acknowledges Sunz provided it with a "NOTICE OF DISPUTE RESOLUTION TERMS TO BE INCLUDED IN CERTAIN AGREEMENTS PURSUANT TO CALIFORNIA INSURANCE CODE SECTION 11658.5" and the terms of this Agreement reflect the final agreement of Program Owner and Sunz relating to the resolution of disputes under this Agreement.

4.  For purposes of California, no claim coming within the authority of the Insurance Commissioner shall be subject to arbitration.

## 8.  LOSS CONTROL SERVICES

It is SUNZ's responsibility to maintain and provide safety and health loss control consultation services to Program Owner.  Sunz assists in evaluating risk management infrastructure and loss control capabilities, providing loss control resources via risk assessment, web-based and electronic data, telephonic and email support.  In providing these loss control services, Sunz may act in an advisory and consultative capacity.  Sunz retains the sole right to determine where to act on or implement the information, recommendations, and the way any such action or implementation shall be undertaken. If any additional services are desired, You can purchase additional services on an hourly rate or other fee arrangement basis, as agreed upon mutually.  Sunz will comply with applicable state laws and regulations regarding the Loss Control Services.

**9. COST CONTROL / CONTAINMENT SERVICES**

Next Level Administrators, LLC ("NLA"), the claim administrators for the insurance company, will deploy additional services as NLA believes are necessary in its discretion for the correct adjudication and resolution of the claim. These cost control and cost containment services are as follow:

**a. Telephonic and Field Nurse Case Management Services**

In certain situations, the NLA claims adjuster may determine that field or telephonic nurse case management is necessary to the claim. Typically, the adjuster will decide to obtain nurse case management assistance where medical issues confronting the claim are complex or otherwise intricately related with the claim administration process.

The following criteria will generally be utilized to determine if telephonic or field nurse case management intervention is indicated:

**Diagnosis:**

- Amputations
- Back or neck injuries
- Burns - Second and third-degree burns, or significant inhalation burn
- Comorbidities (Diabetes Mellitus, Obesity, Coronary Heart Disease, HIV/AIDS, Substance / Alcohol Abuse, Epilepsy, Hypertension)
- Crush injuries
- Fractures not resolved in 6 weeks
- Head injuries
- Hearing loss
- Hernias not resolved in 6 weeks
- Inhalation or Toxic exposure
- Knee injuries
- Lacerations, which involve tendons
- Medical complications or dual diagnoses
- Multiple trauma/crush injury - To include gunshot wounds and multiple fractures
- Tendon / ligament injuries worse than strains/sprain [i.e. tears / ruptures]
- Repetitive motion injuries, including Carpal tunnel syndrome

- Upper extremity injuries, especially shoulder
- Vision loss-or eye injuries, with ophthalmology referral

**Disability Indicators:**

- Injury occurs when injured employee on job < 90 days
- Lost time greater than 10 days, [except hernia repairs and minor fractures]
- Previous WC claims

**Complications:**

- All hospitalizations at time of injury
- Assault
- Evidence of psychological, social, or psychiatric problems regardless of severity of injury
- Pain Management has been referred
- Physical therapy or chiropractic treatment greater than 3 months
- Projected surgery
- Any case mutually agreed upon with the adjuster to be catastrophic in nature or high medical cost

**b. SIU / Investigations**

From time to time, NLA will retain SIU and investigation services on files or matters NLA deems investigatory services are required. Investigation Services shall be performed in three different categories: Digital Intelligence Unit, Field Investigation Unit, and Fraud/Compliance Unit.

- SIU Snapshot. This is a service NLA provides to identify potential fraud or other "bad acts" in every claim immediately when the claim is reported. It is a pre-pay anti-fraud service to identify where

further review is necessary. The investigators review for claim completeness, discrepancies and/or non-compliance issues, suspected insurance fraud, and other front-line indicators present in fraudulent claims. SIU Snapshot also contains a digital investigation component as NLA will be able to identify, protect, and preserve on-line information and social media data before it can be removed or otherwise altered. SIU Snapshot is a pre-pay fraud prevention program that attempts to identify those fraudulent claims and earmark further investigation before claims money is paid out.

- The adjuster will engage special investigation services to a claim where the adjuster believes such services are necessary. An example of some of the circumstances or "red flags" that may lead an adjuster to use SIU services:

  - Information obtained during initial SIU Snapshot review suggests a need for further investigative efforts;

  - Excessive medical treatment for a minor injury or other such overutilization of benefits or services;

  - Attorneys who refer all clients to the same doctors or same healthcare provider;

  - Repeated medical billing errors – for example, where two healthcare providers in different locations seeing the claimant at the same time or medical treatment provided when the claimant's time card shows the claimant was at work at the time of treatment;

  - Information obtained indicates the claimant is working elsewhere while accepting indemnity benefits;

  - Source(s) provide a different version of the accident than the claimant;

  - Information is received showing the accident happened away from work or is not work related;

  - Where the adjuster believes the claim involves potential fraud or abuse of the workers compensation system.

**10. <u>MISCELLANEOUS</u>**

a. <u>Integration Clause</u>. This Agreement, including the Loss Fund Management Agreement, Guaranty, Security Agreement and any amendments thereto, constitutes the final, complete, and exclusive statement of the terms of the Agreement between the parties pertaining to the subject matter of this Agreement and supersedes all prior and contemporaneous understanding(s) or Agreement(s) of the parties whether in written or oral form. It is to be read, understood, and interpreted in conjunction with the concurrent Loss Fund Management Agreement.

b. <u>Modification</u>. This Agreement may be changed only by agreement between the parties, as evidenced by a written addendum to this Agreement, duly executed and signed by the authorized representatives of each party.

c. <u>Third Party Benefit</u>. Nothing in this Agreement, except as expressly stated herein, is intended to create any benefit for any third party.

d. <u>Severability</u>. If any clause, paragraph, term, or provision of this Agreement is held or declared void or otherwise unenforceable by any arbitrator, court or other tribunal of competent jurisdiction, the same shall be deemed severed, and such holding or declaration shall have no effect upon this Agreement which shall otherwise continue in and be given full force and effect.

e. <u>Survival</u>. The obligations and duties of the parties to this Agreement shall survive the termination of Your Insurance Program, except as may be specifically described in this Agreement.

f.   <u>Non-Waiver</u>.  Forbearance, neglect or failure by Sunz to enforce any provision of this Agreement shall not be construed as a waiver of any rights or privileges hereunder.  Irrespective of the fact that past behavior did not precipitate strict adherence to the terms and conditions of this Agreement, the terms and conditions of this Agreement may be strictly enforced at any time.

g.   <u>Assignment</u>.  Neither this Agreement nor any rights, duties or obligations under this Agreement may be assigned or delegated by either party without the prior written consent of the other party, which consent may be withheld in the party's sole discretion.

h.   <u>Notification</u>.  All notices hereunder must be in writing, unless specified otherwise, and shall be deemed to have been duly given if delivered by hand or overnight mail or if mailed first class or certified mail, return receipt requested, postage and registry fees prepaid, and addressed as follows:

> **<u>If to YOU</u>**:
> Name of Company:     Embraceor, LLC
> Address:     1900 Reston Metro Plaza, Suite 600
> City, State ZIP Code     Reston, VA 20190
> <u>Attention</u>:     Sheldon Altschuler
> <u>Email Address</u>:     sheldon@workcentric.com
>
> **<u>If to Sunz</u>**:
> Sunz Insurance Solutions, LLC
> 1301 6th Avenue West
> Bradenton, FL  34205
> <u>Toll Free Phone</u>:  844-786-9467
> <u>Attention</u>:  General Counsel

Addresses may be changed by written notice to the other party signed by the addressee.  Written notice provided via first class or certified mail shall be deemed received three (3) calendar days after the date it was sent, overnight mail shall be deemed received the day after it was sent, and hand-delivered notice shall be deemed received the date it was delivered.  In the event original service of process is sought to be given, notice may only be accomplished by personal service upon the registered agent for service of process for the party.

i.   <u>Negotiated Agreement</u>.  This Agreement has been negotiated by the parties and the fact that the initial and final draft shall have been prepared by Sunz shall not be used in any form in the construction or interpretation of this Agreement or any of its provisions.

j.   <u>Headings</u>.  The headings used have been inserted for convenience and do not constitute matters to be construed or interpreted in connection with this Agreement.

k.   [Omitted].

l.   Each party will have a duty to cooperate with the other in the event of any inquiry or investigation by a governmental agency investigating a complaint brought by any employer covered under this Agreement. Such duty will survive the termination of this Agreement.  Program Owner agrees to cooperate with Sunz as needed for any State licensing and/or registration requirements.  Program Owner further agrees to cooperate with Sunz as needed for compliance with any additional State statute, regulation, or other requirement not aforementioned or referenced above or below.  Such duties will survive the termination of this Agreement.

m.  No party shall be liable in damages for any failure, delay or default in the performance of its obligations hereunder if such failure, delay or default is caused directly or indirectly by conditions beyond its

DocuSign Envelope ID: 62B70CD6-51F6-4F61-8698-CB8D41A2A3BC

reasonable control including, but not limited to, fire, flood or any other "Acts of God", and/or any other cause beyond the reasonable control of the party whose performance is affected.

n. <u>Remedies Cumulative</u>.  The rights and remedies, as provided herein, in relevant statutes, and in related insurance policies, shall be cumulative and concurrent, may be pursued separately, successively or together, may be exercised as often as occasion therefore shall arise, and shall be in addition to any other rights or remedies conferred at law or in equity.  The failure, at any one or more times, of  any party to exercise any such right or remedy shall in no event be construed as a waiver or release thereof.

*[Signatures on Following Page]*

*ACKNOWLEDGED, AGREED TO AND ACCEPTED:  January 1, 2023*

**Embraceor, LLC; WorkCentric, LLC;**
**WorkCentric 2, LLC; and WorkCentric 3, LLC**

[sign]

By: _____ Sheldon Altschuler _____

Title: _____ President _____

**SUNZ INSURANCE SOLUTIONS, LLC and SUNZ**
**INSURANCE COMPANY**

DocuSigned by:
*Rick Leonard*
AF395F242B28447...

By: _____ Rick Leonard _____

Title: _____ President _____

**Attachment Clause on Following Page**

**Attachment Clause**

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.
**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                        Endorsement No.
Insured                                  Insurance Company

Countersigned by            _____

### Amendment to Quotation Agreement

       This Amendment modifies and amends the Quotation Agreement (the "Agreement") between SUNZ Insurance Company ("SIC"); SUNZ Insurance Solutions, LLC ("SIS"); and the Program Owners.  SIC, SIS, and Program Owners shall be referred to collectively as "The Parties."

       The Parties and UWIC agree as follows:

       1.      This Amendment is  effective and binding between the Parties as of the date set forth below and continues in force until terminated in writing by the Parties and United Wisconsin Insurance Company ("UWIC").

       2.      Only in regard to those polices listed on the Program Summary as issued by UWIC, UWIC is hereby added as a direct party to the Agreement and not as a third-party beneficiary.  Only in regard to those polices listed on the Program Summary as issued by UWIC, UWIC hereby has the identical rights under the Agreement as SIC and SIS, without reservation or limitation of any kind.

       3.      At all times, any amounts owed and/or collected pursuant to the Agreement regard to those polices listed on the Program Summary as issued by UWIC are the property of UWIC subject to Program Owner's right under the Agreement.  All funds owed and/or collected pursuant to the Agreement regard those polices listed on the Program Summary as issued by UWIC are held by SIS or SIC in trust for the benefit of UWIC subject to Program Owner's rights under the Agreement.

       4.      SIS and SIC are fiduciaries of UWIC with respect to the accounting, collection and disbursement of all funds received pursuant to the Agreement regard to those polices listed on the Loss Fund Summary as issued by UWIC.

       5.      Notwithstanding any of the above, SIS and SIC retain all rights and obligations to directly enforce the Agreement.  The Agreement is otherwise unchanged and remains in full force and effect.

       In Witness Whereof, the parties hereto by their respective duly authorized representatives execute this Amendment.

Signature Page and Program Summary Terms on Following Page

DocuSign Envelope ID: 62B70CD6-54F6-4F61-9698-CB8D41A2A3BC

*ACKNOWLEDGED, AGREED TO AND ACCEPTED:  January 1, 2023*

**Embraceor, LLC; WorkCentric, LLC;**
**WorkCentric 2, LLC; and WorkCentric 3, LLC**

[sign] _____

By: _____Sheldon Altschuler_____

Title: _____President_____

**SUNZ INSURANCE SOLUTIONS, LLC and SUNZ**
**INSURANCE COMPANY**

By: _____Rick Leonard_____

Title: _____President_____

**United Wisconsin Insurance Company**

[sign] _____

By: _____Eric Halter_____

Title: ____Managing Dir. / AF Specialty____

DocuSign Envelope ID: 62B70CD6-54F6-4F61-8698-CB8B41A2A3BC

# PROGRAM SUMMARY & TERMS

| | |
|---|---|
| **Insurance Company** | United Wisconsin Insurance Company (UWIC) |
| **Program Type** | $500,000 Per Accident Deductible |
| **State(s) Covered at Bind** | All states as approved by underwriting |
| **Contingency** | Signed Quotation, Signed Loss Fund Management Agreement, Signed Notice of Dispute Resolution and Client Acknowledgement, Funds Due at Bind, Signed Claims Agreement, Signed Program Values Schedule, Signed Large Risk Program Agreement, and Acceptable Background Check |
| **Aggregate Limit** | N/A |
| **Coverage** | Workers' Compensation |
| **Limits of Coverage** | Workers' Compensation – Statutory Employers Limits |

| | | |
|---|---|---|
| | Bodily Injury by Accident | $1,000,000 Each Accident |
| | Bodily Injury by Disease | $1,000,000 Policy Limit |
| | Bodily Injury by Disease | $1,000,000 Each Employee |
| **Waiver of Subrogation** | Varies by State | |
| **Alternate Employer Endorsement** | No Charge | |

| | |
|---|---|
| **Deductible – per accident** | **$500,000** |
| Estimated Payroll | $1,701,821,022 |
| Estimated Manual Premium | $43,571,126 |
| Submit Rate as a Percent of Manual Premium | 33.50% of Manual Premium |
| Estimated Annual Deductible Premium | $14,596,327 |
| Estimated Annual Taxes / Surcharges / Assessments | $2,683,988 |
| Loss Fund | 66.00% of Manual Premium |
| *Estimated Payroll – WI | $16,921,165 |
| *Estimated Premium – WI | $344,402 |
| *Estimated Earned Premium – WI | $445,235 |
| **Due at Binding** | **$0** |
| **Estimated Post Bind Funding** | |
| Est. Weekly Premium Installments as a % of Manual Premium | 33.50% of Manual Premium |
| Est. Weekly Loss Fund Installments as a % of Manual Premium | 66.00% of Manual Premium |
| **Est. Total Weekly Funding (as a % of Manual Premium)** | 99.50% of Manual Premium |
| **Deductible Reimbursement Payments:   Will be deducted from Loss Fund** ||