# EXHIBIT 7



**Author's Direct Info**
tbryant@sunzinsurance.com
941.900.4455

August 28, 2023

**Sent Via Next-Day and Email**
Found@immediate.com
David@workcentric.com
Sheldon@workcentric.com

Docks Sutherland - CEO
Embraceor, LLC / Workcentric 2, LLC/ WorkCentric 3, LLC / WC TopCo, LLC
1900 Reston Metro Plaza, Suite 600
Reston, CA  20190

David Harvey -  COO / Executive Vice-President
Embraceor, LLC / Workcentric 2, LLC/ WorkCentric 3, LLC / WC TopCo, LLC
1900 Reston Metro Plaza, Suite 600
Reston, CA  20190

Sheldon Altschuler - President
Embraceor, LLC / Workcentric 2, LLC/ WorkCentric 3, LLC / WC TopCo, LLC
1900 Reston Metro Plaza, Suite 600
Reston, CA  20190

    Re:    Notice of Default

Gentlemen.

Please accept this letter as Notice of Default under the Loss Fund Management Agreement and all other related agreements between your company and SUNZ Insurance Solutions, LLC relating to your workers compensation insurance program.

Your default arises from the failure to pay, when due, both loss fund and premium payment obligations.  To date, your company owes SUNZ the following:

    Premium    $  1,896,454

    <u>Loss Fund    $ 19,035,056</u>

    TOTAL    $ 20,931,510

Docks Sutherland / David Harvey / Sheldon Altschuler
August 28, 2023
Page 2 of 2

And, as you know, SUNZ provides a ten (10) day cure period from the date of this letter within which, upon full payment of the amount owed, your default status would be resolved.

Payment must be received immediately in order for you to avoid termination of your insurance program and cancellation of all outstanding policies.

Please reply to confirm your immediate payment as set forth above.

In the event you do not comply with your payment obligations SUNZ will proceed, as its right, under all agreements between SUNZ and you including, but not limited to, that certain promissory note and security agreement dated June 14, 2022. SUNZ reserves all rights in this regard.

Sincerely,

Theodore G. Bryant
Exec. V.P. / Chief Legal Officer

Enclosures

TGB/jw

cc:   Steven F. Herrig
      Rick Leonard