# EXHIBIT 11

**From:** Caroline Vincent <caroline@cfvaccting.com>
**Date:** Monday, October 30, 2023 at 11:56 AM
**To:** Tony Foley <Tony@cfvaccting.com>, Sheldon Altschuler <sheldon@workcentric.com>
**Subject:** RE: Outgoing wire activity, 10-27-2023

David called me Friday and said that Two Baboons invoices are for website and software development. The invoices were dated 2021 – 2023 but he also told me he wanted to expense all in 2023. How should I code this on the financials?

Thank you,
Caroline Vincent
CFV Accounting Services, Inc.
(770) 727-0337

**From:** Tony Foley <Tony@cfvaccting.com>
**Sent:** 10/30/2023 11:01 AM
**To:** Caroline Vincent <caroline@cfvaccting.com>; Sheldon Altschuler <sheldon@workcentric.com>
**Subject:** RE: Outgoing wire activity, 10-27-2023

Monies were sent to many Docks legal invoices and other new vendors and some commissions…Not enough money to pay key risk at this time.

Did you get info on what kind of service was provided by Two Baboons?

**From:** Caroline Vincent <caroline@cfvaccting.com>
**Sent:** Monday, October 30, 2023 10:54 AM
**To:** Sheldon Altschuler <sheldon@workcentric.com>
**Cc:** Tony Foley <Tony@cfvaccting.com>
**Subject:** RE: Outgoing wire activity, 10-27-2023

SUNZ payment was not approved so they were not paid.

I also have not mailed the second deposit due to Key Risk which is due tomorrow.

Thank you,
Caroline Vincent
CFV Accounting Services, Inc.
(770) 727-0337

**From:** Sheldon Altschuler <sheldon@workcentric.com>
**Sent:** 10/30/2023 10:50 AM
**To:** Caroline Vincent <caroline@cfvaccting.com>
**Cc:** Tony Foley <Tony@cfvaccting.com>
**Subject:** Re: Outgoing wire activity, 10-27-2023

Did Sunz get paid last week?

Best,

Sheldon

Sent from my mobile.   Please excuse any grammatical or spelling errors.

> On Oct 27, 2023, at 2:23 PM, Caroline Vincent <caroline@cfvaccting.com> wrote:
>
> Just to confirm - All these wires need to be made from WorkCentric?
>
> It will bring the bank balance to less than 300K. Is that ok?
>
> Also, just to confirm nothing should be paid to SUNZ?
>
> Thank you,
> Caroline Vincent
> CFV Accounting Services, Inc.
> (770) 727-0337
>
> **From:** Sheldon Altschuler <sheldon@workcentric.com>
> **Sent:** 10/27/2023 2:18 PM
> **To:** Caroline Vincent <caroline@cfvaccting.com>
> **Subject:** Fwd: Outgoing wire activity, 10-27-2023
>
> Best,
>
> Sheldon
>
> Sent from my mobile.   Please excuse any grammatical or spelling errors.
>
> Begin forwarded message:
>
>> **From:** Docks Sutherland <found@immediate.com>
>> **Date:** October 27, 2023 at 2:08:52 PM EDT
>> **To:** Sheldon Altschuler <sheldon@workcentric.com>, David Harvey <david@workcentric.com>
>> **Subject: Outgoing wire activity, 10-27-2023**
>>
>> Please have the team process these today and provide wire reference numbers for payments #2-5 in the list below.
>>
>> **1) Commissions**
>>
>> | Broker | Opt-out | PEO | Total |
>> |---|---|---|---|
>> | Amwins | 264,170.82 | 901.18 | 265,072.01 |
>> | SRP | 16,326.21 | | 16,326.21 |
>> | Reliance Brokers | 41,762.03 | | 41,762.03 |
>> | Whitfield Square | 32,455.09 | 0.00 | 32,455.09 |
>> | Eagle | 19,286.67 | | 19,286.67 |

2

| | | | |
|---|---:|---:|---:|
| Ryan Specialty | 1,635.49 | | 1,635.49 |
| Ralph Mensa | 39,529.96 | | 39,529.96 |
| Stacie | 157.35 | | 157.35 |
| Total Commission | 415,323.63 | 901.18 | 416,224.81 |

**2) Quinn Emanuel**

Invoice attached, wire info included on PDF.

Please pay the following amount (different than the invoice amount): $183,938.00

**3) Two Baboons**

Invoice attached, wire info included on it.

Please pay the following amount (different than the invoice amount): $1,008,161.22

**4) Holland & Knight**

Invoice attached, wire info included on it.

**5) David Harvey**

$200,000

Account number:  009487127978
Wire routing number:  026009593

**Total outgoing:** $2,069,222.53

NOTICE OF CONFIDENTIALITY: This email, and any attachments hereto, is intended for only the addressee(s) named herein and may contain confidential information, legally privileged information and attorney-client work product. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you have received this email in error, please notify the sender by email, telephone (941-306-3077), or by fax (941-355-5490) and permanently delete the email, with attachments, including any electronic or hard-copy versions. Thank you.