# EXHIBIT 12



| | | |
|---|---|---|
| **KATHY HOCHUL**<br>Governor | **CLARISSA M. RODRIGUEZ**<br>Chair | **DAVID F. WERTHEIM**<br>Acting Executive Director |

September 2, 2022

TWO BABOONS LLC
Attn: David Harvey
174 W 4th St Ste 290
New York, NY 10014-3817

Re: Two Baboons LLC
    WCB#3193430

Dear David Harvey:

The records of the Workers' Compensation Board indicate that Two Baboons LLC (employer) does not have a current disability benefits policy.

In regards to any possible resolution of the outstanding workers' compensation and disability benefits penalties, until the employer comes into compliance with the Disability and Paid Family Leave Benefits Law by obtaining a current disability benefits policy or providing the Board with evidence that the employer is exempt from the application of this Law, penalties will continue to accrue and no further consideration will be given.

Once disability benefits policy is obtained the Board will be able to consider this matter further.

Thank you for your continued cooperation in this matter.

Sincerely,

*Michelle W*

Assistant WC Examiner
Judgment Unit

Received by WCB Email on 9/2/2022 2:53:21 PM

TF-400-JD

---

P.O Box 5200, Binghamton, NY 13902 | (866) 298-7830 | wcb.ny.gov

TF-400-JD

From: Williams, Michelle (WCB)
Sent: Friday, September 2, 2022
To: WCB.sa ICDocuments
Subject: dczz


Michelle Williams
Assistant Workers' Compensation Examiner
Judgment Unit
NYS Workers' Compensation Board
328 State Street
Schenectady NY 12305
866-298-7830 (PHONE)
(518)-388-1990 (FAX)michelle.williams@wcb.ny.gov<mailto:michelle.williams@wcb.ny.gov>
http://www.WCB.NY.Gov<https://gcc02.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.wcb.ny.gov%2F&data=05%7C01%7Cwcb.sa.icdocuments%40nysemail.onmicrosoft.com%7C597c9b2631fb45e60c8708da8d14611a%7Cf46cb8ea79004d108ceb80e8c1c81ee7%7C0%7C0%7C637977416017151554%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=K20rTcgdMidDJ5rLtgTcwwiGlCgmia71JigzK9HJRhE%3D&reserved=0>

---

This e-mail, including any attachments, may contain confidential, privileged or otherwise legally protected information. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system. Thank you for your cooperation.

Received by WCB Email on 9/2/2022 2:53:21 PM