# EXHIBIT 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WORKCENTRIC LLC, | ) | Case No. 24-10040 (MFW) |
| | ) | |
| Alleged Debtor. | ) | Rel. Nos. 17, 40, 84, 89, 92 |

**ORDER STRIKING UNAUTHORIZED MOTION
TO DISMISS AND GRANTING FURTHER RELIEF**

This matter having come before the Court for hearing on March 26, 2024, at 10:00 a.m. (the "Hearing") upon the: (i) Emergency Motion of WorkCentric 1, LLC, to Strike Motion to Dismiss Involuntary Petition Filed by Purported Alleged Debtor (Doc. No. 34) (the "Motion"); (ii) the Preliminary Objection of WorkCentric, LLC to the Motion and Request for Emergency Determination of Issues Raised Therein, and Request for Scheduling Order Relating to Adjudication of Threshold Corporate Authority Issues and the Supplemental Objection of WorkCentric LLC (the "Preliminary and Supplemental Objections") (Doc. Nos. 40 & 84), (iii) the Objection of WorkCentric 1, LLC, to Motion of Former Management to Stay Discovery and Reply of WorkCentric 1, LLC, to Preliminary and Supplemental Objections (Doc. 89) and (iv) SUNZ Insurance Solutions, LLC's Response to Preliminary and Supplemental Objections and Cross-Motion to Strike (Doc. No. 92). The Court having reviewed the pleadings and the exhibits as presented on the record of the Hearing and having heard the argument of counsel for all parties at the Hearing, and,

for the reasons stated by the Court on the record of the Hearing, the Court hereby **FINDS** that

    A.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334;

    B.    This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

    C.    Notice of the Motion and the Hearing was sufficient and proper and no other or further notice is necessary;

    D.    The legal and factual bases set forth in the pleadings establish just cause for the relief granted herein; and

    F.    WorkCentric 1, LLC is authorized to act as the manager of the Alleged Debtor for all purposes in this bankruptcy case.

After due deliberation thereon and good and sufficient cause appearing therefore, it is **ORDERED, ADJUDGED, AND DECREED** that:

    1.    The Motion is **GRANTED** and the Objections and Cross-Motion are **OVERRULED** and **DENIED,** for the reasons set forth by the Court at the Hearing, including the Court's factual findings as stated on the record.

    2.    The Motion to Dismiss Involuntary Petition (Doc. 17) purportedly filed by the Alleged Debtor is **STRICKEN** as unauthorized.

    3.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

    4.    The Court shall retain jurisdiction with respect to all

matters arising from or related to the implementation, interpretation, or enforcement of this Order.

BY THE COURT:

_Mary F. Walrath_
Mary F. Walrath
United States Bankruptcy Judge