UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNZ INSURANCE SOLUTIONS, LLC,
individually and derivatively on behalf of
    WORKCENTRIC, LLC,
    WORKCENTRIC 2, LLC,
    WORKCENTRIC 3, LLC,
    EMBRACEOR, LLC,

    Plaintiffs,

v.                           CASE NO. 8:23-cv-2517-SDM-CPT

DOCKS SUTHERLAND, et al,

    Defendants.
_____/

## **ORDER**

Harvey and Sutherland move (Doc. 68) to dismiss Counts I through V and Counts VII through X. SUNZ responds (Doc. 71) in opposition. For the reasons in SUNZ's response, the motion to dismiss is **DENIED**.

ORDERED in Tampa, Florida, on November 3, 2025.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE