UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNZ INSURANCE SOLUTIONS, LLC,

    Plaintiff,

                                Case No. 8:23-cv-2517-SDM-CPT

v.

DOCKS SUTHERLAND, et al.

    Defendants.

_____/

## **STIPULATED DISMISSAL OF DERIVATIVE CLAIMS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to the dismissal without prejudice of all claims asserted derivatively on behalf of WorkCentric, LLC; WorkCentric 2, LLC; WorkCentric 3, LLC; and Embraceor, LLC, *i.e.*, Count VII, VIII, and IX of the Amended Complaint (Doc. 60) (collectively, the "Dismissed Claims"). The Parties shall bear their own fees and costs with respect to the Dismissed Claims. For the avoidance of doubt, Sunz Insurance Solutions, LLC, Docks Sutherland, and David Harvey agree that any limitations period within which to assert the Dismissed Claims shall be tolled for one year, concurrent with any savings clause extensions of any limitations period, following the filing of this stipulation.

The Parties further agree that not later than the day after this stipulation is filed, Docks Sutherland and David Harvey will file an Amended Answer and Affirmative Defenses removing any defenses directed only to the Dismissed Claims and adding factual support for any remaining defenses to the extent applicable.

Respectfully submitted: January 22, 2026

*/s/ Jason L. Margolin*
**Jason L. Margolin, Esq.**
Florida Bar No. 69881
Lead Trial Counsel
jason.margolin@akerman.com
**Keenan Molaskey, Esq.**
Florida Bar No. 1031827
keenan.molaskey@akerman.com
**AKERMAN LLP**
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
Phone:  (813) 223-7333

**Christopher S. Carver, Esq.**
Florida Bar No. 993580
christopher.carver@akerman.com
**Jason S. Oletsky, Esq.**
Florida Bar No. 9301
jason.oletsky@akerman.com
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Ft. Lauderdale, FL 33301
Phone: (954) 463-2700
Fax: (954) 463-2224
*Counsel for Plaintiff*

*/s/ Scott M. Hare*
**Thomas J. Francella, Jr., Esquire**
Florida Bar No. 37479
**Scott M. Hare, Esquire**
(Admitted *Pro Hac Vice*)
**Matthew R. Laskey, Esquire**
(Admitted *Pro Hac Vice*)
**RAINES FELDMAN LITRELL LLP**
433 Plaza Real, Suite 275
Boca Raton, FL 33432
T: (302) 772-5805
*Counsel for Defendants Docks Sutherland and David Harvey*

*/s/ Heather A. DeGrave*
**Heather A. DeGrave, Esq.**
Florida Bar No. 0756601
**WALTERS LEVINE & DEGRAVE**
601 Bayshore Boulevard, Suite 720
Tampa, Florida 33606
Phone: (813) 254-7474
Fax: (813) 254-7341
hdegrave@walterslevine.com
jduncan@walterslevine.com
*Counsel for Defendant Sheldon Altschuler*

*/s/ Paige A. Greenlee*
**Paige A. Greenlee**
Florida Bar No. 0635928
paige@greenleelawtampa.com
**GREENLEE LAW PLLC**
422 W. Kennedy Blvd., Suite 350
Tampa, Florida 33606
Telephone: (813) 802-8215
Facsimile: (813) 867-4585
*Counsel for Defendants WorkCentric, LLC; WorkCentric 2, LLC; WorkCentric 3, LLC; Embraceor, LLC; WC TopCo, LLC' and WC Container, LLC*

84916596;1