# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

SUNZ INSURANCE SOLUTIONS, LLC,                    Case No.: 8:23-cv-02517

     Plaintiff,

v.

DOCKS SUTHERLAND et al.,

     Defendants.

_____/

## NOTICE OF WITHDRAWAL OF SECTION I OF DEFENDANT ALTSCHULER'S RESPONSE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Defendant Sheldon Altschuler, by and through the undersigned counsel, hereby gives notice of his withdrawal of Section I only of Defendant Sheldon Altschuler's Response in Opposition to Plaintiff's Motion for Partial Summary Judgment and Incorporated Memorandum of Law [Doc. 105].  Defendant Altschuler maintains all other argument and responses asserted in the Response.

**HAHN LOESER & PARKS LLP**
601 Bayshore Boulevard, Suite 720
Tampa, Florida  33606
Phone:  (813) 254-7474

By: */s/ Heather A. DeGrave*
HEATHER A. DEGRAVE(FBN 756601)
hadegrave@hahnlaw.com
jaduncan@hahnlaw.com
SARA S. JAWAD (FBN 1020239)
ssjawad@hahnlaw.com
jlbrannan@hahnlaw.com
*Attorneys for Defendant, Sheldon Altschuler*

21324758

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 4th day of March, 2026, the foregoing Notice

of Withdrawal has been provided by __ U.S. Mail, postage prepaid; ___ Facsimile; _X_

CM/ECF and/or ___ Hand Delivery to:  All parties receiving CM/ECF Notices.

*/s/ Heather A. DeGrave*
Heather A. DeGrave

2

21324758