UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - CIVIL GENERAL**

---

CASE NO. 8:23-cv-2517-SDM-CPT DATE August 26, 2026

TITLE: Sunz Insurance Solutions, LLC v. Sutherland et al

TIME 10:00 – 10:48 TOTAL 48 min.

---

Honorable CHRISTOPHER P. TUITE Deputy Clerk Amanda Craig

Court Reporter/Tape Digital Courtroom ZOOM

---

Attorneys for Plaintiff: Jason Margolin, Keenan Molaskey and Christopher Carver

Attorneys for Defendants: Anthony Gestrich, Scott Hare, Heather DeGrave, and Paige Greenlee

---

**PROCEEDINGS:**

**STATUS CONFERENCE**

The Court calls the case, and counsel state their appearances for the record.

The Court holds a Status Conference to discuss the proper content, form, and timing of the impending judgments and the content and forum for further proceedings in this action.

Oral arguments heard by the parties.

Court takes a brief recess.

For the reasons stated on the record the parties to confer on the damages figure and confer regarding count 10 and how it may be disposed of.

Endorsed Order to be entered.

Court in recess.